No. 98–942. FIORE v. WHITE, WARDEN, ET AL. C. A. 3d Cir. [Certiorari granted, 526 U. S. 1038; Question certified, 528 U. S. 23.] Certified question answered by the Supreme Court of Pennsylvania. The parties are invited to file supplemental briefs addressing the opinion of the Supreme Court of Pennsylvania entered August 21, 2000 [562 Pa. 634, 757 A. 2d 842]. Brief of respondents, not to exceed 25 pages, is to be filed with the Clerk and served upon petitioner on or before Monday, October 23, 2000. Brief of petitioner, not to exceed 25 pages, is to be filed with the Clerk and served upon respondent on or before Monday, November 13, 2000. A reply brief, if any, not to exceed 10 pages, is to be filed with the Clerk and served upon petitioner on or before Wednesday, November 22, 2000.

No. 99–1702. TEXAS v. COBB. Ct. Crim. App. Tex. [Certiorari granted, 530 U. S. 1260.] Motion for appointment of counsel granted, and it is ordered that Roy E. Greenwood, Esq., of Austin, Tex., be appointed to serve as counsel for respondent in this case.

No. 99–1996. J. E. M. AG SUPPLY, INC., DBA FARM ADVANTAGE, INC., ET AL. v. PIONEER HI-BRED INTERNATIONAL, INC. C. A. Fed. Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE O'CONNOR took no part in the consideration or decision of this order.

No. 99–8696. BUCHANAN v. DOE. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [529 U. S. 1126] denied.

No. 99–8810. MIKKILINENI v. CITY OF HOUSTON ET AL. C. A. 5th Cir. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [530 U. S. 1201] denied.

No. 99–8814. PATTERSON v. HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 5th Cir. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [530 U. S. 1201] denied.